## Carmen Baba, Appellant, v. John Russell and Charles G. Igoe, Appellees.

Gen. No. 43,177.

Heard in the second division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Henry A. Blair and Walter A. Christopher, for appellant; Lawrence S. Adler, for certain appellee. Opinion by JUSTICE FRIEND. Not to be published in full.